

**In The**

# Fourteenth Court of Appeals

---

## NO. 14-24-00258-CV

---

## SADAR CADE, Appellant

## V.

## 2018 LONGTERM RE, LLC, Appellee

---

**On Appeal from the County Civil Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 1221909**

---

### MEMORANDUM OPINION

This is an appeal from a judgment signed March 21, 2024. The clerk's record was filed May 16, 2024. The reporter's record was not filed. No brief was filed.

On June 18, 2024, we issued a notice stating that unless appellants filed a brief within ten days the appeal was subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Spain and Poissant.